UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 03948
    GREGORY WAYNE BAEZ
    DARLENE ANTOINETTE BAEZ               CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-9047    SSN XXX-XX-2552
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/07/05 and confirmed on 03/31/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 126750.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 961.81 | .00 | 961.81 |
| WELLS FARGO | CURRENT MORTG | 82954.51 | .00 | 82954.51 |
| WELLS FARGO | MORTGAGE ARRE | 9980.65 | .00 | 9980.65 |
| AMERICREDIT FINANCIAL | SECURED | 9275.00 | 2023.66 | 9275.00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2479.64 | .00 | 1246.52 |
| DUPAGE CREDIT UNION | UNSECURED | 7211.42 | .00 | 3625.20 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 332.90 | .00 | 167.35 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 350.79 | .00 | 176.34 |
| FIA CARD SERVICES | UNSECURED | 5507.22 | .00 | 2768.49 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 716.89 | .00 | 360.38 |
| KOHLS | UNSECURED | 130.38 | .00 | 65.54 |
| NICOR GAS | UNSECURED | 1003.89 | .00 | 504.66 |
| PAYDAY LOAN CO | UNSECURED | NOT FILED | .00 | .00 |
| SANTANNA ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | FILED LATE | .00 | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IN | UNSECURED | 594.42 | .00 | 298.82 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1325.98 | .00 | 1325.98 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 7804.25 | .00 | 3923.21 |
| INTERNAL REVENUE SERVICE | UNSECURED | 8.06 | .00 | 4.05 |

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  103171.97    1325.98     26139.86           .00      130637.81
PRINCIPAL PAID      103171.97    1325.98     13140.56           .00      117638.51
INTEREST PAID         2023.66        .00         .00            .00        2023.66
TOTAL PAID          105195.63    1325.98     13140.56           .00      119662.17
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $    1000.00   direct and $   1700.00   through the plan.

The Trustee received $    5387.83 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 05 B 03948 GREGORY WAYNE BAEZ & DARLENE ANTOINETTE BAEZ